UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SHASTA LASHAY GILMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-CV-124 |
| v. ) | (BUNNING/GUYTON) |
| ) | |
| ROANE COUNTY, TENN., *et al.,* ) | |
| ) | |
| Defendants. ) | |

### ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

The parties appeared before the undersigned on January 13, 2014. At that time, the Plaintiff made an oral motion for entry of a scheduling order. The Court declined the Plaintiff's motion and noted that the District Judge will set the schedule for this case. However, the Court inquired as to the status of this case and found that it was appropriate for certain pretrial deadlines to be set at this time.

The parties represented that they have not yet conducted a discovery conference pursuant to Fed. R. Civ. P. 26(f), despite the Rule's admonition that they do so "as soon as practicable." In addition, the parties represented that they had not yet made initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

Based upon the parties' representations and pursuant to Rule 26 of the Federal Rules of Civil Procedure, it is **ORDERED**:

1. The parties **SHALL** make their initial disclosures on or before **February 7, 2014**;[1] and

2. The parties **SHALL** conduct their discovery conference as soon after that date as is practicable.

**IT IS SO ORDERED**.

ENTER:

  /s H. Bruce Guyton
United States Magistrate Judge

---

[1] It is the Court's expectation that the initial disclosures will be made by both parties regardless of whether the Defendants' file a motion for summary judgment based upon qualified immunity.